STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Galia_Amram@fd.org

Counsel for Defendant Berny

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br> v.<br><br>REGINA BERNY,<br><br>             Defendants. | Case No. CR 17-258 VC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE |

The parties in this case agree and jointly request the Court to move the status conference scheduled in the above captioned case from May 23, 2017 to June 27, 2017 at 10:30 a.m.  The reason for this request is that the government is providing discovery today and defense counsel needs time to review discovery.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel . *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the end of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

May 22, 2017  
Date

/s/  
Hallie Hoffman  
Assistant U.S. Attorney

May 22, 2017  
Date

/s/  
Galia Amram  
Attorney for Defendant Berny

IT IS SO ORDERED.

_____  
Date

_____  
Vince Chhabria  
United States District Judge

*US v. Berney*, Case No.17-258 VC  
STIP & [PROPOSED] ORDER TO CONTINUE         2