1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HALLIE MITCHELL HOFFMAN (CSBN 210020)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7129
7       Fax: (415) 436-7234
        hallie.hoffman@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00258 VC |
| Plaintiff, | JOINT APPLICATION FOR PROTECTIVE ORDER REGARDING BANK ACCOUNT INFORMATION; [PROPOSED] ORDER |
| v. | |
| REGINA BERNY, | |
| Defendant. | |

## APPLICATION

The parties in the above-captioned case jointly submit this application for a Protective Order regarding the production of certain materials containing confidential bank account information. The parties agree and request that the Court order that the defendant and her counsel may use these materials only in connection with the defense of this criminal case. The government wishes to provide bank records, including bank account numbers, to the defense in a complete and unredacted form so that the defense can compare the bank account numbers on alleged stolen checks with the account numbers from which deposits are made into the defendant's bank account. In the event that either party finds it necessary to file copies of these materials, the parties agree that such filing be made in a redacted form

JOINT APPLICATION FOR PROTECTIVE ORDER; [PROPOSED] ORDER
CR 17-00258 VC

so as to not disclose the full bank account information.

SO STIPULATED.

DATED: June 20, 2017                                    BRIAN J. STRETCH
                                                        United States Attorney

                                                        /s/
                                                        _____
                                                        HALLIE M. HOFFMAN
                                                        Assistant United States Attorney


DATED: June __, 2017                                    /s/
                                                        _____
                                                        GALIA AMRAM
                                                        Counsel for Defendant Berny


## [PROPOSED] ORDER

Based upon the above application, and for good cause appearing, IT IS HEREBY ORDERED that the production of certain bank records in this matter shall be governed by this Protective Order. IT IS FURTHER ORDERED that the defendant and her counsel may use these materials only in connection with the defense of this criminal case. IT IS FURTHER ORDERED that, in the event that either party finds it necessary to file copies of these materials, such filing to be made in a redacted form so as to not disclose the full bank account information.

IT IS SO ORDERED.

DATED: _____, 2017                         _____
                                                        HON. VINCE CHHABRIA
                                                        United States District Judge

JOINT APPLICATION FOR PROTECTIVE ORDER; [PROPOSED] ORDER
CR 17-00258 VC                                            2