UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. REGINA BERNY, Defendant. | Case No. 17-cr-00258-VC-1 **ORDER TO CONTINUE AND TO EXCLUDE TIME FROM AUGUST 15, 2017, TO SEPTEMBER 19, 2017** Re: Dkt. No. 15 |
|---|---|

Based upon the representation of counsel, the status hearing currently scheduled for August 15, 2017 is continued to September 19, 2017 for either a change of plea hearing or for a status hearing where a trial date will be set.

In addition, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 15, 2017 to September 19, 2017, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 15, 2017 to September 19, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the case is continued to September 19, 2017 and the time between August 15, 2017 to September 19, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: August 14, 2017

_____
VINCE CHHABRIA
United States District Judge